J. W. Darden v. A. C. L. Railway Co. (appellant), from Johnston. Per Curiam, October 13. Affirmed. Pou & Brooks for plaintiff; E. S. Abell for defendant.

N. A. Spence v. W. U. Telegraph Co. (appellant), from Wake. Per Curiam, October 13. Affirmed. James H. Pou and J. C. L. Harris for plaintiff; P. H. Busbee and Womack & Pace for defendant.

F. B. Perry (appellant) v. William Perry, Exr., from Wake. Per Curiam, October 1. Affirmed on authority of Calvert v. Peebles, 82 N. C., 338. B. C. Beckwith for plaintiff; Peele & Maynard and Aycock & Winston for defendant.

J. Rowan Rogers v. Glenwood Land Co., from Wake. Per Curiam, October 13. Affirmed. Holden & Bunn for plaintiff; Douglas & Lyon for defendant.

R. D. Honeycutt v. J. E. Watkins et als. (appellants), from Wake. Per Curiam, October 13. Appeal dismissed. B. C. Beckwith for plaintiff; W. J. Peele for defendant.

State v. Ed. Green (appellant), from Moore. Per Curiam, November 3. Affirmed. Attorney-General for the State; Douglas & Lyon for defendant.

T. C. Dunlap v. J. J. Little (appellant), from Anson. Per Curiam, November 3. Affirmed. Robinson & Caudle for plaintiff; McLendon & Thomas for defendant.

E. S. Allen v. W. U. Telegraph Co. (appellant), from Alamance. Per Curiam, November 3. Affirmed. King & Kimball and T. S. Beall for defendant.

Burlington Lumber Co. v. Southern Railway Co. (appellant), from Alamance. Per Curiam, November 24. Affirmed. W. H. Carroll for plaintiff; Parker & Parker for defendant.

J. C. Simmons Drug Co. v. Southern Railway Co. (appellant), from Alamance. Per Curiam, November 11. Affirmed. B. A. Hall for plaintiff; Parker & Parker for defendant.

J. M. Lamb (J. T. Wilson & Co.) (appellant) v. Southern Railway Co., from Rowan. Per Curiam, November 17. Affirmed. J. J. Stewart for plaintiff; Linn & Linn for defendant.

J. W. Lemons and A. M. Varner v. L. & N. Railroad Co. (appellant), from Montgomery. Per Curiam, November 11. Affirmed. R. T. Poole for plaintiffs; Gibson & Russell for defendant.